# Exhibit B

## RECEIPT (TRC-044721-09-17-2024) FOR CITY OF SAN LUIS OBISPO

**BILLING CONTACT**
Jordan Knauer
1317 Chorro St
San Luis Obispo, CA 93401

Payment Date: 09/17/2024

| Reference Number | Fee Name | Transaction Type | Payment Method | Amount Paid |
|---|---|---|---|---|
| BLDG-0068-2024 | Administrative Fee | Fee Payment | Check #1029 | $454.50 |
| | Affordable Housing In-Lieu (For Sale) | Fee Payment | Check #1029 | $24,160.00 |
| | Balcony/Porch/Deck - BLDG | Fee Payment | Check #1029 | $1,300.56 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $143.25 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $47.75 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Consolidated Inspection Fees | Fee Payment | Check #1029 | $7,569.97 |
| | Consolidated Plan Check Fees | Fee Payment | Check #1029 | $6,424.52 |
| | Dwelling Unit Construction Tax | Fee Payment | Check #1029 | $368.00 |
| | Final Inspection - SF Residential - PW | Fee Payment | Check #1029 | $289.15 |
| | Fire Citywide Base fee (SF) | Fee Payment | Check #1029 | $854.46 |
| | Green Building Fee | Fee Payment | Check #1029 | $22.00 |
| | IT Surcharge | Fee Payment | Check #1029 | $706.57 |
| | Meter Cost (1") | Fee Payment | Check #1029 | $216.00 |
| | Meter Service: Install (.58"-1") | Fee Payment | Check #1029 | $153.44 |
| | Park Improvement Impact Fee (SF) | Fee Payment | Check #1029 | $4,235.56 |
| | Post Construction Req / Stormwater SF res - ENG | Fee Payment | Check #1029 | $700.66 |
| | Retaining Wall Engineered - BLDG | Fee Payment | Check #1029 | $1,806.85 |
| | Single Family Residential -ENG | Fee Payment | Check #1029 | $1,050.98 |
| | SMIP (Residential) | Fee Payment | Check #1029 | $80.00 |
| | Stormwater - Moderate Project - BLDG | Fee Payment | Check #1029 | $2,212.47 |
| | TIF Citywide Base fee (SF) >1400 | Fee Payment | Check #1029 | $15,244.19 |
| | W Residential Unit > 1201 sqft | Fee Payment | Check #1029 | $17,379.27 |
| | Water Service or Trash Enc or Landscape - UTIL | Fee Payment | Check #1029 | $637.12 |
| | WW Residential Unit > 1201 sqft | Fee Payment | Check #1029 | $15,433.19 |

3156 Johnson Ave San Luis Obispo, CA 93401

| | | | SUB TOTAL | $101,872.46 |
|---|---|---|---|---|
| | | | **TOTAL** | **$101,872.46** |

# RECEIPT (TRC-044723-09-17-2024)
# FOR CITY OF SAN LUIS OBISPO

**BILLING CONTACT**
Jordan Knauer
1317 Chorro St
San Luis Obispo, CA 93401



Payment Date:  09/17/2024

| Reference Number | Fee Name | Transaction Type | Payment Method | Amount Paid |
|---|---|---|---|---|
| BLDG-0066-2024 | Administrative Fee | Fee Payment | Check #1029 | $454.50 |
| | Affordable Housing In-Lieu (For Sale) | Fee Payment | Check #1029 | $25,290.00 |
| | Balcony/Porch/Deck - BLDG | Fee Payment | Check #1029 | $1,300.56 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $47.75 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $143.25 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Consolidated Inspection Fees | Fee Payment | Check #1029 | $7,508.50 |
| | Consolidated Plan Check Fees | Fee Payment | Check #1029 | $2,062.98 |
| | Dwelling Unit Construction Tax | Fee Payment | Check #1029 | $368.00 |
| | Final Inspection - SF Residential - PW | Fee Payment | Check #1029 | $289.15 |
| | Fire Citywide Base fee (SF) | Fee Payment | Check #1029 | $854.46 |
| | Green Building Fee | Fee Payment | Check #1029 | $22.00 |
| | IT Surcharge | Fee Payment | Check #1029 | $516.56 |
| | Meter Cost (1") | Fee Payment | Check #1029 | $216.00 |
| | Meter Service: Install (.58"-1") | Fee Payment | Check #1029 | $153.44 |
| | Park Improvement Impact Fee (SF) | Fee Payment | Check #1029 | $4,235.56 |
| | Parkland Impact Fee  (SF) | Fee Payment | Check #1029 | $2,650.78 |
| | Police Citywide Base fee (SF) | Fee Payment | Check #1029 | $1,003.14 |
| | Post Construction Req / Stormwater SF res - ENG | Fee Payment | Check #1029 | $700.66 |
| | Single Family Residential -ENG | Fee Payment | Check #1029 | $1,050.98 |
| | SMIP (Residential) | Fee Payment | Check #1029 | $80.00 |
| | Stormwater - Moderate Project - BLDG | Fee Payment | Check #1029 | $2,212.47 |
| | TIF Citywide Base fee (SF) >1400 | Fee Payment | Check #1029 | $15,244.19 |
| | W Residential Unit > 1201 sqft | Fee Payment | Check #1029 | $17,379.27 |
| | Water Service or Trash Enc or Landscape - UTIL | Fee Payment | Check #1029 | $637.12 |
| | WW Residential Unit > 1201 sqft | Fee Payment | Check #1029 | $16,140.81 |
| | | | **SUB TOTAL** | **$100,944.13** |

3148 Johnson Ave San Luis Obispo, CA 93401

| | | | **TOTAL** | **$100,944.13** |
|---|---|---|---|---|



September 17, 2024   3:40 /

## RECEIPT (TRC-044716-09-17-2024)
## FOR CITY OF SAN LUIS OBISPO

**BILLING CONTACT**
Jordan Knauer
1317 Chorro St
San Luis Obispo, CA 93401

Payment Date: 09/17/2024

| Reference Number | Fee Name | Transaction Type | Payment Method | Amount Paid |
|---|---|---|---|---|
| BLDG-0065-2024 | Administrative Fee | Fee Payment | Check #1028 | $187.73 |
| | Affordable Housing In-Lieu (For Sale) | Fee Payment | Check #1028 | $25,290.00 |
| | Building Permit Review - Planning | Fee Payment | Check #1028 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1028 | $143.25 |
| | Building Permit Review - Planning | Fee Payment | Check #1028 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1028 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1028 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1028 | $47.75 |
| | Consolidated Inspection Fees | Fee Payment | Check #1028 | $6,515.69 |
| | IT Surcharge | Fee Payment | Check #1028 | $655.93 |

3160 Johnson Ave San Luis Obispo, CA 93401



|  | | **SUB TOTAL** | $33,222.35 |
|---|---|---|---|
| | | **TOTAL** | $33,222.35 |

*chek # 1028*
*9/17/24*

# RECEIPT (TRC-044719-09-17-2024)
# FOR CITY OF SAN LUIS OBISPO

**BILLING CONTACT**
Jordan Knauer
1317 Chorro St
San Luis Obispo, CA 93401

Payment Date: 09/17/2024

| Reference Number | Fee Name | Transaction Type | Payment Method | Amount Paid |
|---|---|---|---|---|
| BLDG-0067-2024 | Administrative Fee | Fee Payment | Check #1029 | $454.50 |
| | Affordable Housing In-Lieu (For Sale) | Fee Payment | Check #1029 | $24,160.00 |
| | Balcony/Porch/Deck - BLDG | Fee Payment | Check #1029 | $1,300.56 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $143.25 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $95.50 |
| | Building Permit Review - Planning | Fee Payment | Check #1029 | $47.75 |
| | Consolidated Inspection Fees | Fee Payment | Check #1029 | $7,411.33 |
| | Consolidated Plan Check Fees | Fee Payment | Check #1029 | $2,051.62 |
| | Dwelling Unit Construction Tax | Fee Payment | Check #1029 | $368.00 |
| | Final Inspection - SF Residential - PW | Fee Payment | Check #1029 | $289.15 |
| | Fire Citywide Base fee (SF) | Fee Payment | Check #1029 | $854.46 |
| | Green Building Fee | Fee Payment | Check #1029 | $22.00 |
| | IT Surcharge | Fee Payment | Check #1029 | $558.11 |
| | Meter Cost (1") | Fee Payment | Check #1029 | $216.00 |
| | Meter Service: Install (.58"-1") | Fee Payment | Check #1029 | $153.44 |
| | Park Improvement Impact Fee (SF) | Fee Payment | Check #1029 | $4,235.56 |
| | Post Construction Req / Stormwater SF res - ENG | Fee Payment | Check #1029 | $700.66 |
| | Single Family Residential -ENG | Fee Payment | Check #1029 | $1,050.98 |
| | SMIP (Residential) | Fee Payment | Check #1029 | $80.00 |
| | Stormwater - Moderate Project - BLDG | Fee Payment | Check #1029 | $2,212.47 |
| | Supplemental Plan Check (Building) - BLDG | Fee Payment | Check #1029 | $1,470.70 |
| | TIF Citywide Base fee (SF) >1400 | Fee Payment | Check #1029 | $7,909.47 |
| | W Residential Unit > 1201 sqft | Fee Payment | Check #1029 | $17,379.27 |
| | Water Service or Trash Enc or Landscape - UTIL | Fee Payment | Check #1029 | $637.12 |
| | WW Residential Unit > 1201 sqft | Fee Payment | Check #1029 | $16,140.81 |
| | | | **SUB TOTAL** | **$90,229.21** |

3152 Johnson Ave San Luis Obispo, CA 93401

**TOTAL** $90,229.21

September 17, 2024   3:32 /