# Exhibit C

RE: 3160 Johnson, SLO - Inclusionary Housing Fee

From:  Tway, Timothea (Timmi) (ttway@slocity.org)

To:  rudadc@sbcglobal.net

Date:  Thursday, August 21, 2025 at 02:42 PM PDT

Hi John,

Thank you for your patience as I looked into this matter further and discussed internally. The City has reviewed the project and the authority you have cited and finds that the fee was properly administered in accordance with our codes and policies and declines to issue a refund.

Thank you for reaching out,

Timmi Tway
**Timothea (Timmi) Tway**
Director of Community Development



Community Development
919 Palm, San Luis Obispo, CA 93401-3249
**E** TTway@slocity.org
**T** 805.781.7187
slocity.org

Stay connected with the City by signing up for e-notifications

---

**From:** John Ruda <rudadc@sbcglobal.net>
**Sent:** Sunday, August 10, 2025 9:44 PM
**To:** Tway, Timothea (Timmi) <TTway@slocity.org>
**Subject:** Re: 3160 Johnson, SLO - Inclusionary Housing Fee

Timmi,

 With regards to our appeal, I thank you for your consideration and legal review.

We are submitting our appeal to you for a request of inclusionary in lieu of fees that had been paid under protest for my recent building project in San Luis Obispo.

In accordance with development laws, We have replaced one older uninhabitable three bedroom home with four new homes.

As a condition for our final permit, we are forced to pay in lieu of inclusionary fee for all four homes that I am seeking refund for.

Even prior to recent the reversals in Healdsburg California, courts affirmed that the inclusionary in lieu of fees were upheld as long as the ordinance provides Property Owners with at least one alternative means of satisfying the condition.

In San Luis Obispo the only alternative offered was be forced to reduce the sale price of a home to approximately 1/2 the cost to build it!!  This does not constitute a viable alternative and viewed as extortion of home builders as no REASONABLE alternative to the in-leiw fee as provided. Especially when replacing existing uninhabitable homes.

Being forced to pay these additional inclusionary in lieu of fees is an unconstitutional taking and does not bear a relationship to the public welfare.

Being forced to pay the inclusionary in lieu of fees in San Luis Obispo for new or replacement housing makes our home building project less affordable and achievable,

I thank you for your consideration and response,

John Ruda.

On Thursday, August 7, 2025 at 03:34:26 PM PDT, Tway, Timothea (Timmi) <ttway@slocity.org> wrote:

Hello Jordan,

Thank you for the email, and I would also like to acknowledge receipt of the voicemail from John that I received earlier today as well.

I will look at your request and circulate it to relevant parties internally and get you an answer soon,

Thank you,

Timmi

---

**From:** Jordan Knauer <jcknauer6@gmail.com>
**Sent:** Thursday, August 7, 2025 1:41 PM
**To:** Tway, Timothea (Timmi) <TTway@slocity.org>
**Subject:** 3160 Johnson, SLO - Inclusionary Housing Fee

Hello Timmi,

I am reaching out in regards to the inclusionary fee we paid as a part of 3160 Johnson (BLDG-0665-2024, BLDG-0666-2024, BLDG-0667-2024, BLDG-0668-2024) project. We are requesting a refund for the inclusionary fees assessed on all four of the above residential home building permits totaling $98,900. David Amini sent me an email in July suggesting that the fees applied to this project are correct. We disagree with his response and are bringing the matter to your attention. Let us know if you are the correct person to discuss this matter with or if we should be communicating with someone else.

As previously stated in my emails to Hannah and David, the California Superior Court ruling (Sept 2024 Piling vs City Healdsburg) determined that these inclusionary fees for new construction, such as ours, violates the law. Adding to the city's housing supply does not negatively impact affordable housing.

Thank you,

Jordan Knauer

(805) 540 9573

Case 2:26-cv-02283-CV-RAO    Document 1-3    Filed 03/04/26    Page 4 of 4   Page ID
#:38