NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

See attached.

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOHN RUDA, SHAHRIAR ZARNEGAR, JORDAN KNAUER, and 3160 JOHNSON, LLC, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-02283 |
| v. | |
| CITY OF SAN LUIS OBISPO, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| John Ruda | Plaintiff |
| Shahriar Zarnegar | Plaintiff |
| Jordan Knauer | Plaintiff |
| 3160 Johnson, LLC | Plaintiff |

| March 4, 2026 | /s/ David Deerson |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

David Deerson

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

**ATTORNEYS FOR PLAINTIFFS**

David Deerson
Cal. Bar No. 322947
DDeerson@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

Jeremy Talcott
Cal. Bar No. 311490
JTalcott@pacificlegal.org
Pacific Legal Foundation
701 Kimberly Ave., Suite 200
Placentia, California 92870
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Austin Waisanen

Austin Waisanen
Wyo. Bar No. 8-7023*
AWaisanen@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*pro hac vice application forthcoming