Name and address:

Austin W. Waisanen
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOHN RUDA, SHAHRIAR ZARNEGAR, JORDAN KNAUER, and 3160 JOHNSON, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN LUIS OBISPO<br><br>Defendant(s), | CASE NUMBER<br><br>2:26-cv-02283<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| --- | --- |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Austin W. Waisanen

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Pacific Legal Foundation

*Firm/Agency Name*

| 3100 Clarendon Blvd. | 307-213-0511 | 916-419-7747 |
| --- | --- | --- |
| Suite 1000 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Arlington, VA 22201 | awaisanen@pacificlegal.org | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

See Section IV                    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

                    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
| --- | --- | --- |
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  3/10/2026 _____

Austin W. Waisanen _____
*Applicant's Name (please type or print)*

*Austin Waisanen*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Talcott, Jeremy
_Designee's Name (Last Name, First Name & Middle Initial)_

Pacific Legal Foundation
_Firm/Agency Name_

| | |
|---|---|
| 701 Kimberly Avenue | 916-419-7111     916-419-7747 |
| _Street Address_ | _Telephone Number_     _Fax Number_ |
| Suite 200 | jtalcott@pacificlegal.org |
| _Street Address_ | _Email Address_ |
| Placentia, CA 92870 | 311490 |
| _City, State, Zip Code_ | _Designee's California State Bar Number_ |

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated March 10, 2026

Jeremy Talcott
_Designee's Name (please type or print)_

_Designee's Signature_

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Represented parties:
John Ruda; Plaintiff
Shahriar Zarnegar; Plaintiff
Jordan Knauer; Plaintiff
3160 Johnson, LLC; Plaintiff

Admissions:
State of Wyoming; 4/25/2023; Yes
U.S. District - District of Colorado; 1/16/2024; Yes
U.S District - District of North Dakota; 9/26/2024; Yes
U.S. District - District of Wyoming; 6/7/2023; Yes
U.S. District - Western District of Michigan; 5/29/2025; Yes
U.S. Court of Appeals - Ninth Circuit; 10/22/2024; Yes

# CERTIFICATE OF THE CLERK OF THE
## SUPREME COURT
## OF THE
## STATE OF WYOMING

I, Shawna Goetz, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

**Austin Wain Waisanen**

was, on the 25th day of April, 2023, duly admitted and licensed to practice as an attorney and counselor at law in all the courts of Wyoming; and is currently an active member of the Wyoming State Bar in good standing.

Given under my hand and the seal of said Court this 12th day of February, 2026.



Shawna Goetz, Clerk

by deputy


Scanned with TapScanner

Austin W. Waisanen
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RUDA, SHAHRIAR ZARNEGAR, JORDAN KNAUER, and 3160 JOHNSON, LLC <br><br> Plaintiff(s) <br><br> v. <br><br> CITY OF SAN LUIS OBISPO <br><br> Defendant(s). | CASE NUMBER <br><br> 2:26-cv-02283 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Waisanen, Austin W.    of    Pacific Legal Foundation
*Applicant's Name (Last Name, First Name & Middle Initial*    3100 Clarendon Blvd.
307-213-0511      916-419-7747    Suite 1000
*Telephone Number*    *Fax Number*    Arlington, VA 22201
awaisanen@pacificlegal.org
*E-Mail Address*        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

John Ruda, Shahriar Zarnegar, Jordan Knauer, 3160 Johnson, LLC

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Talcott, Jeremy    of    Pacific Legal Foundation
*Designee's Name (Last Name, First Name & Middle Initial*    701 Kimberly Ave., Suite 200
311490    916-419-7111    9164197747    Placentia, California 92870
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
jtalcott@pacificlegal.org
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:    ☐    for failure to pay the required fee.

       ☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

       ☐    for failure to complete Application: _____

       ☐    pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

       ☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

       ☐    because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

                         **U.S. District Judge/U.S. Magistrate Judge**