Austin W. Waisanen
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RUDA, SHAHRIAR ZARNEGAR, JORDAN KNAUER, and 3160 JOHNSON, LLC<br><br>Plaintiff(s)<br>v.<br><br>CITY OF SAN LUIS OBISPO<br><br>Defendant(s). | CASE NUMBER<br><br>2:26-cv-02283-SSC<br><br>---<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Waisanen, Austin W.
*Applicant's Name (Last Name, First Name & Middle Initial*

307-213-0511                916-419-7747
*Telephone Number            Fax Number*

awaisanen@pacificlegal.org
*E-Mail Address*

of

Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

John Ruda, Shahriar Zarnegar, Jordan Knauer, 3160 Johnson, LLC

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Talcott, Jeremy
*Designee's Name (Last Name, First Name & Middle Initial*

311490            916-419-7111        9164197747
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

jtalcott@pacificlegal.org
*E-Mail Address*

of

Pacific Legal Foundation
701 Kimberly Ave., Suite 200
Placentia, California 92870

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:    ☐    for failure to pay the required fee.

☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐    for failure to complete Application:

☐    pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐    because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: March 11, 2026**

~~U.S. District Judge~~/U.S. Magistrate Judge