DAVID DEERSON
Cal. Bar No. 322947
DDeerson@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

JEREMY TALCOTT
Cal. Bar No. 311490
JTalcott@pacificlegal.org
Pacific Legal Foundation
701 Kimberly Ave., Suite 200
Placentia, California 92870
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

AUSTIN WAISANEN
Wyo. Bar No. 8-7023*
AWaisanen@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*
*pro hac vice

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOHN RUDA, SHAHRIAR ZARNEGAR, JORDAN KNAUER, and 3160 JOHNSON, LLC,<br><br>         Plaintiffs,<br><br>  v.<br><br>CITY OF SAN LUIS OBISPO,<br><br>         Defendant. | No. 2:26-cv-02283-CV-RAOx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: March 26, 2026<br>Current Response Date: April 16, 2026<br>New Response Date: May 7, 2026 |

Stipulation to Extend Time     1        No. 2:26-cv-02283-CV-RAOx

WHEREAS, Plaintiffs John Ruda, Jordan Knauer, Shahriar Zarnegar, and 3160 Johnson, LLC filed this action on March 4, 2026;

WHEREAS, Plaintiffs served Defendant City of San Luis Obispo on March 26, 2026;

WHEREAS, Defendant requested, and Plaintiffs agreed, to extend the deadline to file responsive pleadings to enable recently retained counsel additional time to address the allegations in the complaint;

NOW THEREFORE, the parties stipulate and agree as follows: the Defendant's time to respond to the Complaint shall be extended 21 days, from April 16, 2026, to May 7, 2026. The parties understand and further stipulate that this extension does not affect any other deadlines or dates set by the Court.

**IT IS SO STIPULATED**

DATED: April 15, 2026.

Respectfully submitted,

KEVIN D. SIEGEL
CONNOR T. MACLEAN
BURKE, WILLIAMS &
SORENSEN, LLP

By: /s/ KEVIN D. SIEGEL
KEVIN D. SIEGEL

*Attorneys for Defendant*
Email: ksiegel@bwslaw.com

DAVID DEERSON
JEREMY TALCOTT
AUSTIN WAISANEN*
PACIFIC LEGAL FOUNDATION

By: /s/ DAVID DEERSON
DAVID DEERSON

*Attorneys for Plaintiffs*
Email: DDeerson@pacificlegal.org
*pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

By: /s/ DAVID DEERSON
DAVID DEERSON